# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENDA SHALONGO and EDWARD SHALONGO, <br><br> Plaintiffs, <br><br> v. <br><br> BLOOMIN' BRANDS, INC. d/b/a OUTBACK STEAK, and BLOOMIN BRANDS, INC., <br><br> Defendants. | NO. 3:18-CV-1317 <br><br> (JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 20th day of July, 2018, **IT IS HEREBY ORDERED** that Defendants are given leave to file an amended notice of removal within **twenty-one (21) days** from the date of entry of this Order. If Defendants fail to do so, the action will be remanded to the Luzerne County Court of Common Pleas.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge