IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENDA SHALONGO, et al., | : CIVIL ACTION NO. 3:18-CV-01317 |
| Plaintiffs, | : |
| v. | : (Magistrate Judge Saporito) |
| OUTBACK STEAKHOUSE OF FLORIDA, LLC., | : |
| Defendants. | : |

## ORDER

**AND NOW,** this 8th day of July 2019, counsel for the defendant having requested (Doc. 22) to change the mediation date from July 18, 2019, to August 21, 2019, it is ORDERED that the request is GRANTED. The parties and counsel shall appear for the mediation with the mediator.

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: July 8, 2019